```
 1  PATRICK L. FORTE
    Attorney at Law
 2  State Bar #80050
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4

 5  Attorney for Debtor

 6

 7

 8                     UNITED STATES BANKRUPTCY COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10  In re:                          No. 02-44268 JG

11  CHRIS E. SONG,                  Chapter 13

12              Debtor.             MOTION TO MODIFY CHAPTER 13 PLAN;
    _____/ NOTICE TO CREDITORS OF
13                                  DEADLINE TO REQUEST A HEARING
```

14     The above-named debtor applies to the court for an order to modify

15  her Chapter 13 Plan as follows:

16     Debtor will pay $620.00 to trustee on or before November 30, 2006,

17  at which time the plan will be deemed completed. Unsecured claims shall

18  be paid on a pro tanto basis. All plan arrearages shall be forgiven.

19     The modification is sought on the following grounds: Debtor became

20  permanently disabled in February, 2006 and can no longer work.

21     **NOTICE IS HEREBY GIVEN:**

22     (i) That Local Rule 9014-1 of the United States Bankruptcy Court

23  for the Northern District of California prescribes the procedures to be

24  followed and that any objection to the requested relief, or a request for

25  hearing on the matter must be filed and served upon the undersigned

26  within twenty (20) days of mailing of this notice;

Motion to Modify Chapter 13 Plan;                              Page 1 of 2
Notice to Creditors of Deadline to
Request a Hearing

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: November 21, 2006

                                                  /s/ Patrick L. Forte
                                                  PATRICK L. FORTE
                                                  Attorney for Debtor

Motion to Modify Chapter 13 Plan;                Page 2 of 2
Notice to Creditors of Deadline to
Request a Hearing

Case: 02-44268   Doc# 61   Filed: 11/22/06   Entered: 11/22/06 10:35:19   Page 2 of 2